FILED

OCT 15 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT |
| Plaintiff, ) | |
| v. ) | CASE NO. 1:25 CR - 0517 |
| JUSTIN SHAW, ) | Title 18, United States Code, Sections 922(g)(1) and 924(a)(8) |
| Defendant. ) | JUDGE POLSTER |

COUNT 1
(Felon in Possession of Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury charges:

1. On or about July 14, 2025, in the Northern District of Ohio, Eastern Division, Defendant JUSTIN SHAW, knowing he had previously been convicted of crimes, each punishable by imprisonment for a term exceeding one year, those being Aggravated Robbery, Felonious Assault, and Assault, on or about February 4, 2020, in Case No. CR-19-645224-A, in Cuyahoga County Court of Common Pleas, knowingly possessed a firearm, to wit: a Stoeger STR-9 9mm semi-automatic pistol, bearing serial number T6429-20U14349, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE

The Grand Jury further charges:

2. For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the allegations of Count 1 are incorporated herein by reference. As a result of the foregoing offense, Defendant JUSTIN SHAW shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of the federal firearm violation charged herein.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.